UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS GREVIOUS

VERSUS                                         CIVIL ACTION NO.: 10-262-JVP-SCR

N. BURL CAIN and
JAMES D. CALDWELL, JR.

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 28, 2010 (doc. 9). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for habeas corpus relief shall be **DISMISSED**, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 23, 2010.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA